FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY - 5 2025
MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-982 GBW |
| Plaintiff, | |
| vs. | Count 1: 8 U.S.C. §1325(a)(1): Illegal Entry Without Inspection |
| **LEONARDO TORRES-MORENO,** | Count 2: 50 U.S.C. § 797 (Class A Misdemeanor): Penalty for Violation of Security Regulations |
| Defendant. | |

## INFORMATION

The United States Attorney charges:

On or about April 26, 2025, in Hidalgo County, in the District of New Mexico, the defendant, **LEONARDO TORRES-MORENO,** who was then and there an alien, did knowingly and unlawfully enter the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about April 26, 2025 in Hidalgo County, in the District of New Mexico, the defendant, **LEONARDO TORRES-MORENO,** willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a

controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

RYAN ELLISON
United States Attorney

_____
ELIZABETH TONKIN
Special Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304